UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES L. STUCKEY,

    Plaintiff,

v.

CLARK COUNTY et al.,

    Defendants.

2:15-cv-02165-RFB-CWH

**ORDER**

## I.   DISCUSSION

On November 12, 2015, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1). On December 8, 2015, Plaintiff filed a 20-page supplement to his complaint. (ECF No. 3). The Court will not piece-meal together Plaintiff's complaint. Plaintiff must file one document–an amended complaint–which contains all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. As such, the Court grants Plaintiff leave to file an amended complaint.

If Plaintiff chooses to file an amended complaint he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the amended complaint on this Court's approved prisoner civil rights form and

it must be entitled "First Amended Complaint."

The Court notes that, if Plaintiff chooses to file an amended complaint incorporating both the original complaint and the supplement, Plaintiff shall file the amended complaint within 30 days from the date of entry of this order. If Plaintiff chooses not to file an amended complaint, the Court will screen the original complaint (ECF No. 1) only and strike Plaintiff's supplement (ECF No. 3) from the docket.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that, if Plaintiff chooses to file an amended complaint, Plaintiff shall file the amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint (ECF No. 1), and a copy of his supplement (ECF No. 3). If Plaintiff chooses to file an amended complaint, he must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that, if Plaintiff chooses not to file an amended complaint, the Court will screen the original complaint (ECF No. 1) only and strike the supplement (ECF No. 3) from the docket.

DATED: This 22 day of June 2017.

_____
United States Magistrate Judge